1  MICHELE BECKWITH
   Acting United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:25-CR-00078-KES-BAM

12                      Plaintiff,
                                           STIPULATION TO SET CHANGE OF PLEA
13         v.                              HEARING AND VACATE STATUS
                                           CONFERENCE; AND ORDER
14  JUAN CARLOS IBAL-CURIEL,

15                      Defendant.

16

17         The United States of America, by and through its counsel of record, Assistant United States

18  Attorney Brittany Gunter, and defendant Juan Carlos Ibal-Curiel, by and through defendant's counsel of

19  record, David Torres, hereby stipulate as follows:

20         1.      The parties have reached a resolution, and a plea agreement has been filed.  ECF 16.

21         2.      After conferring about available dates wherein counsel and the defendant can appear, the

22  parties request that the Court set a change of plea hearing for June 2, 2025.  The parties have cleared this

23  proposed date with the courtroom deputy.

24         3.      In light of the anticipated change of plea, the parties request that the Court vacate the

25  status conference currently set for June 11, 2025.

26  ///

27

28  ///

STIPULATION TO SET CHANGE OF PLEA HEARING AND                1
VACATE STATUS CONFERENCE; ORDER

1        4.      Time was previously excluded through June 11, 2025.

2        IT IS SO STIPULATED.

3

4    Dated:  May 23, 2025                          MICHELE BECKWITH
                                                   Acting United States Attorney

5

6                                                  /s/ BRITTANY M. GUNTER
                                                   BRITTANY M. GUNTER
7                                                  Assistant United States Attorney

8

9    Dated:  May 23, 2025                          /s/ DAVID TORRES
                                                   DAVID TORRES
10                                                 Counsel for Defendant

11

12                                    **ORDER**

13        IT IS SO ORDERED that the status conference set for June 11, 2025, is vacated. A change of plea

14   hearing is set for **June 2, 2025, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E.**

15   **Sherriff**. Time was previously excluded through June 11, 2025.

16   IT IS SO ORDERED.

17       Dated:  __May 23, 2025__            ____/s/ Barbara A. McAuliffe____

18                                           UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28