**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
JUAN CARLOS IBAL-CURIEL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS IBAL-CURIEL<br><br>Defendants. | Case No. 1:25-CR-00078-KES-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING** |

TO: THE HONORABLE KIRK E. SHERIFF, THE CLERK OF THE UNITED STATES DISTRICT COURT, AND BRITTANY GUNTER ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JUAN CARLOS IBAL-CURIEL, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Tuesday, September 2, 2025, at 9:30a.m., be continued to Monday, September 8, 2025, at 9:30 a.m.

On August 26, 2025, I was informed that an emergency debrief is scheduled for Tuesday, September 2, 2025, in Bakersfield, California. Due to the nature of this debrief, AUSA's from several states are expected to participate. I have spoken to AUSA Brittany Gunter and she has no

1

1 | objection to continuing the sentencing hearing.

**IT IS SO STIPULATED.**

DATED: August 27, 2025

Respectfully Submitted,

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
JUAN CARLOS IBAL-CURIEL

DATED: August 27, 2025

*/s/Brittany Gunter*
BRITTANY GUNTER
Assistant U.S. Attorney

2

# **ORDER**

**IT IS SO ORDERED** that the sentencing hearing currently set for Tuesday September 2, 2025, at 9:30 a.m. be continued to **Monday, September 8, 2025, at 9:30 a.m**.

IT IS SO ORDERED.

Dated:   August 27, 2025

UNITED STATES DISTRICT JUDGE

3