1  **TORRES | TORRES STALLINGS**
   **A LAW CORPORATION**
2  David. A. Torres, SBN 135059
   1318 K. Street
3  Bakersfield, CA 93301
   Tel: (661)326-0857
4  Email: dtorres@lawtorres.com

5

6  Attorney for Defendant
   JUAN CARLOS IBAL-CURIEL

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | No. 1:25-CR-00078 KES-BAM |
   |---|---|
12 | Plaintiff, | |
13 | v. | **MOTION TO TERMINATE CJA APPOINTMENT OF DAVID A. TORRES AS ATTORNEY OF RECORD AND** |
14 | JUAN CARLOS IBAL-CURIEL, | **ORDER** |
15 | Defendant. | |

18    On April 4, 2025, Defendant Juan Carlos Ibal-Curiel was indicted on federal charges.
19 CJA Panel Attorney David A. Torres was appointed as trial counsel to represent Mr. Ibal-Curiel
20 on April 11, 2025, in his criminal case.  Mr. Ibal-Curiel was sentenced pursuant to a plea
21 agreement on September 8, 2025.  The time for filing a direct appeal was 14-Days.  No direct
22 appeal was filed.   Mr. Ibal-Curiel was in custody at sentencing. The trial phase of Mr. Ibal-
23 Curiel's criminal case has, therefore, come to an end. Having completed his representation of Mr.
24 Ibal-Curiel, CJA attorney David A. Torres now moves to terminate his appointment under the
25 Criminal Justice Act.
26    Should Mr. Ibal-Curiel require further legal assistance he has been advised to contact the
27 Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,
28

1 Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
2 free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: November 14, 2025                    Respectfully submitted,

                                                      /s/*David A. Torres*
                                                      David A. Torres, Attorney for
                                                      Defendant, Juan Carlos Ibal-Curiel

## ORDER

Having reviewed the notice and found that attorney David A. Torres has completed the services for which he was appointed, the Court hereby grants attorney David A. Torres' request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Juan Carlos Ibal-Curiel at the following address and to update the docket to reflect Defendant's pro se status and contact information.

**Juan Carlos Ibal-Curiel | 71474-511**
FCI Victorville Medium II
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 3850
ADELANTO, CA   92301

IT IS SO ORDERED.

Dated:   November 14, 2025                                    _____
                                                                           UNITED STATES DISTRICT JUDGE